UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ALEXANDER KAPLAN,

                            Plaintiff,                08-CV-6145T

                v.                          **DECISION**
                                              **and ORDER**

UNITED STATES POSTAL SERVICE,

                          Defendant.
_____

    By Decision and Order dated October 19, 2010 this Court granted the United States Postal Service's Motion for Summary Judgment and Ordered that Judgment be granted in favor of the Plaintiff in the amount of $43.73. Plaintiff's amended compliant was dismissed with prejudice. This Court now releases attorneys Wade K. Eaton and Natella N. Reinstein, pro bono counsel assigned by this Court to represent Plaintiff, from further representation of the Plaintiff in this case, as they have faithfully and diligently represented Plaintiff according to this Court's October 30, 2008 Order.


    ALL OF THE ABOVE IS SO ORDERED.


                                    s/ Michael A. Telesca
                                    MICHAEL A. TELESCA
                        United States District Judge

Dated:    Rochester, New York
             November 10, 2010